# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19CR00555 ERW |
| ORVILLE GOINS, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Memorandum and Order of the United States Magistrate Judge Patricia L. Cohen, [ECF No. 67], pursuant to 28 U.S.C. § 636(b)(1).

The Court notes no objections were filed to the Memorandum and Order within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Memorandum and Order, and hereby sustains, adopts, and incorporates herein the Magistrate's Memorandum and Order in its entirety. The Magistrate's decision denying the Motion to Suppress Evidence and Statements [ECF No. 26] is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Suppress Evidence and Statements [ECF No. 26] is **DENIED**.

Dated this 16th Day of July, 2020.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE